**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF RHODE ISLAND

In re:  Dennis J. Paquin &　　　　　　　　　Case No: 10-10672
　　　　Renee I. Paquin

　　　　　　Debtors,　　　　　　　　　　　　Chapter: 13

### ORDER VACATING LOSS MITIGATION STATUS HEARING AND SETTING DEADLINE FOR PARTIES TO FILE A WRITTEN STATUS REPORT

On March 11, 2010 an order was entered granting Debtors' Request for Loss Mitigation regarding property located at 4 Mount Vernon Blvd., Pawtucket, Rhode Island 02861.

Pursuant to General Order 10-002 Adopting Second Amended Loss Mitigation Program and Procedures, the Loss Mitigation status hearing scheduled for May 6, 2010 is VACATED, and the parties are required to file a written status report on or before May 6, 2010.

A party seeking compliance with any of the terms of the Loss Mitigation Order, may instead file either a Motion to Compel compliance with the Loss Mitigation Order, or a Motion to Terminate the Loss Mitigation Order, as appropriate.

/s/ Arthur N. Votolato
U.S. Bankruptcy Court Judge

Entered on Docket: 4/6/2010
Document Number: 13